RECEIVED
FEB 1 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DALE GREEN | CIVIL ACTION NO. 13-584-P |
| VERSUS | JUDGE STAGG |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HORNSBY |

CONSOLIDATED WITH

| | |
|---|---|
| DALE GREEN | CIVIL ACTION NO. 13-618-P |
| VERSUS | JUDGE STAGG |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HORNSBY |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's consolidated complaints are **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not

made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 17th day of February, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE